UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERVIN S. DUNFORD, | No. 2:15-cv-1810 AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFFEREY A. BEARD, et al., | |
| Defendants. | |

By order filed May 18, 2016, plaintiff's complaint was dismissed and he was given thirty days to file an amended complaint. ECF No. 5. Thirty days from that date have now passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order. Plaintiff shall be given another opportunity to file an amended complaint and should refer to the legal standards outlined in the court's May 18, 2016 order when drafting the amended complaint.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall have thirty from service of this order to file an amended complaint. Failure to comply with this order will result in a recommendation that this case be dismissed for failure to prosecute.

DATED: July 12, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE