UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERVIN S. DUNFORD, | No. 2:15-cv-1810 AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFFEREY A. BEARD, et al., | |
| Defendants. | |

By order filed May 18, 2016, plaintiff's complaint was dismissed and he was given thirty days to file an amended complaint. ECF No. 5. After plaintiff failed to file an amended complaint or otherwise responded to the court's order,[1] he was given an additional thirty days to file an amended complaint. ECF No. 12. Plaintiff was warned that failure to comply with the order would result in a recommendation that his complaint be dismissed for failure to prosecute. Id. Rather than file an amended complaint, plaintiff once again moved for appointment of counsel. ECF No. 13. That motion was denied (ECF No. 14) and plaintiff's time for filing an amended complaint has now passed.

Plaintiff shall be given one final opportunity to file an amended complaint and should

---

[1] Plaintiff did file a motion for appointment of counsel (ECF No. 10), but it was received by the Clerk of the Court only two days after the May 18, 2016 order directing plaintiff to file an amended complaint. It is therefore likely that plaintiff mailed the motion prior to his receipt of the May 18, 2016 order and it was not intended as a response to that order.

1

1  refer to the legal standards outlined in the court's May 18, 2016 order when drafting the amended
2  complaint. If plaintiff does not file an amended complaint within thirty days of this order, it will
3  be recommended that this case be dismissed for failure to prosecute.
4      Accordingly, IT IS HEREBY ORDERED that plaintiff shall have thirty days from service
5  of this order to file an amended complaint. Failure to comply with this order will result in a
6  recommendation that this case be dismissed for failure to prosecute.
7  DATED: September 1, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE