UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERVIN S. DUNFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>JEFFEREY A. BEARD, et al.,<br><br>  Defendants. | No. 2:15-cv-1810 AC P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  By order filed September 2, 2016, plaintiff was given a final thirty days to file an amended complaint and warned that failure to file an amended complaint would result in a recommendation that this action be dismissed without prejudice for failure to prosecute.  ECF No. 15.  Thirty days have now passed and plaintiff has not filed an amended complaint or otherwise responded to the order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court randomly assign a United States District Judge to this action.

IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days

1

after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 24, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE